B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Oregon

In re  Erica G Toland                              ,           Case No.  10-31831

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cavalry Portfolio Services, LLC | Fireside Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  500 Summit Lake Drive Suite 400
  Valhalla, NY 10595

Court Claim # (if known):  1
Amount of Claim:  $16,279.28
Date Claim Filed:  03/17/2010

Phone:  914-347-3440
Last Four Digits of Acct #:  2670

Phone:  800-825-1862
Last Four Digits of Acct. #:  7163

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Roneshia Russell                              Date:  04/20/2012
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.